IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEREMY LEE COLLINS,

           **Plaintiff,**

    v.                                              CASE NO. 25-3077-JWL

JEFFREY ZMUDA, ET AL.,

           **Defendants.**

## MEMORANDUM AND ORDER

This matter comes now before the Court on Plaintiff's motion to waive the initial partial filing fee (Doc. 4), which is due on May 13, 2025. Plaintiff explains that he currently has no funds with which to pay the initial partial filing fee but he intends to pay it after he receives his incentive pay later this month. *Id.* The Court will liberally construe the motion as a motion for extension of time in which to submit the initial partial filing fee, which will be granted.

**IT IS THEREFORE ORDERED** that the motion to waive initial partial filing fee **(Doc. 4)** is construed as a motion for extension of time to pay the initial partial filing fee and is granted. Plaintiff is granted to and including **June 13, 2025** in which to submit the initial partial filing fee of $17.00.

**IT IS SO ORDERED.**

DATED: This 7th day of May, 2025, at Kansas City, Kansas.

                                                   S/ John W. Lungstrum
                                                   JOHN W. LUNGSTRUM
                                                   United States District Judge